

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2021

No. 04-20-00445-CV

Jimmy **WILLIAMS** and Cheryl Williams,
Appellants

v.

**GUADALUPE-BLANCO RIVER AUTHORITY** and its Officers and Directors,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-2054-CV
The Honorable Stephen B. Ables, Judge Presiding

# O R D E R

Appellants' "Motion Regarding Their Third Brief" requesting that the brief be due on March 4, 2021 is GRANTED.

It is so **ORDERED** on March 8, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court